AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __of New Jersey__ on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>10/24/2017 | U.S. DISTRICT COURT<br>of New Jersey | |
|---|---|---|---|
| PLAINTIFF<br>SANOFI-AVENTIS U.S. LLC,<br>SANOFI-AVENTIS DEUTSCHLAND GmbH, and<br>SANOFI WINTHROP INDUSTRIE | | DEFENDANT<br>MYLAN N.V., MYLAN GMBH, MYLAN INC., and MYLAN PHARMACEUTICALS INC. | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  7,476,652 | 1/13/2009 | Sanofi-Aventis Deutschland GmbH by assignment | |
| 2  7,713,930 | 5/11/2010 | Sanofi-Aventis Deutschland GmbH by assignment | |
| 3  7,918,833 | 4/5/2011 | Sanofi-Aventis Deutschland GmbH by assignment | |
| 4  8,512,297 | 8/20/2013 | Sanofi-Aventis Deutschland GmbH by assignment | |
| 5  8,556,864 | 10/15/2013 | Sanofi-Aventis Deutschland GmbH by assignment | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**