UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

Judge Chesler
Court Reporter Laura Engemann/Lisa Larsen
12/2/19

**Title of Case**

Sanofi-Aventis U. S. LLC, et al.,
v.
Mylan GmbH, et al., **Docket No.** 17-9105

**Appearances:**
Liza Walsh, Esq., Christine Gannon, Esq., Katelyn O'Reilly, Esq., William Walsh, Esq., Elizabeth Weiswasser, Esq., Anish Desai, Esq., Adam Banks, Esq, Anna Dwyer, Esq., Andrew Gesior, Esq., Kathryn Kantha, Esq., Natalie Kennedy Esq., Stephanie Donahue, Esq., Sudip Kundu, Esq., Robert Vlasis III, Sutton Ansley, Esq., Matthew Sieger, Esq., Doug McClellan, Esq., Adrian Percer, Esq., and Brian Chang, Esq.,
Arnold Calmann, Esq., Jeffrey Soos, Esq., Katherine Escanlar, Esq., Douglas Carsten, Esq., Elham F. Steiner, Esq., Arthur Dyklinis, Esq., James Stephens, Esq., for defendants

**Nature of Proceedings**-

    Case called. Trial without jury moved at 10:00 a.m. before the Honorable Stanley R. Chesler as to the '844 Patent. All parties present
Plaintiff Opened
Defendant Opened
Robert Veasy – Sworn for plaintiff
Recess 12:14 p.m., to 12:43 p.m.
Dr. Charles Reinholtz-Sworn for plaintiff-EXPERT
Dr. Robin Goland-Sworn for plaintiff-EXPERT
Ordered trial without jury adjourned at 2:50 p.m., until Tuesday, December 3, 2019 at 10:00 a.m.
10:00 a.m. to 12:14 p.m. 2.14
12:43 p.m. to 2:50 p.m. 2.05 4.19
s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler