UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

Judge Chesler
Court Reporter: LISA LARSEN
12/5/19

**Title of Case**
Sanofi-Aventis U. S. LLC, et al.,
v.
Mylan GmbH, et al.,

**Docket No.** 17-9105

**Appearances:**
Liza Walsh, Esq., Christine Gannon, Esq., Katelyn O'Reilly, Esq., William Walsh, Esq., Elizabeth Weiswasser, Esq., Anish Desai, Esq., Adam Banks, Esq, Anna Dwyer, Esq., Andrew Gesior, Esq., Kathryn Kantha, Esq., Natalie Kennedy Esq., Stephanie Donahue, Esq., Sudip Kundu, Esq., Robert Vlasis III, Sutton Ansley, Esq., Matthew Sieger, Esq., Doug McClellan, Esq., Adrian Percer, Esq., and Brian Chang, Esq.,
Arnold Calmann, Esq., Jeffrey Soos, Esq., Katherine Escanlar, Esq., Douglas Carsten,Esq., Elham F. Steiner, Esq., Arthur Dyklinis, Esq., James Stephens, Esq., for defendants

**Nature of Proceedings**-
Trial without jury moved at 1:10 p.m.. before the Honorable Stanley R. Chesler as to the '844 Patent.
All parties present
Alexander Henry Slocum-Resumed in Rebuttal for Plaintiff-EXPERT
Plaintiff Rests
Both Sides Rest
Plaintiff and Defendants Rule 52c motion DECISION RESERVED
Ordered trial without jury adjourned at 4:10 p.m. until Friday, December 6, 2019 at 10:00 a..m. for summations
1:10 p.m.-4:10 p.m.

s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler