UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

Judge Chesler
Court Reporter: LISA LARSEN
12/6/19

**Title of Case**
Sanofi-Aventis U. S. LLC, et al.,
v.
Mylan GmbH, et al.,

**Docket No.** 17-9105

**Appearances:**
Liza Walsh, Esq., Christine Gannon, Esq., Katelyn O'Reilly, Esq., William Walsh, Esq., Elizabeth Weiswasser, Esq., Anish Desai, Esq., Adam Banks, Esq, Anna Dwyer, Esq., Andrew Gesior, Esq., Kathryn Kantha, Esq., Natalie Kennedy Esq., Stephanie Donahue, Esq., Sudip Kundu, Esq., Robert Vlasis III, Sutton Ansley, Esq., Matthew Sieger, Esq., Doug McClellan, Esq., Adrian Percer, Esq., and Brian Chang, Esq.,
Arnold Calmann, Esq., Jeffrey Soos, Esq., Katherine Escanlar, Esq., Douglas Carsten,Esq., Elham F. Steiner, Esq., Arthur Dyklinis, Esq., James Stephens, Esq., for defendants

**Nature of Proceedings**-
Trial without jury moved at 10:03 a.m.. before the Honorable Stanley R. Chesler as to the '844 Patent. All parties present
Counsel agreed to all admitted exhibits without objections (on the record) and the Court directed counsel to retain custody of all exhibits at the conclusion of the trial
Plaintiff summed
Defendant summed
Plaintiff summed in rebuttal
DECISION RESERVED
Proposed Findings of Fact and Conclusion of Law geared to the Transcript with hyperlinks to be filed simultaneously by 1/15/20
Counsel shall submit a flash drive with all admitted exhibits
Ordered all hard exhibits returned to counsel
Ordered trial without jury adjourned at 10:55 a.m
10:03-10:55 a.m 55

s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler